IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GILBERT ROMERO,**

      **Plaintiff,**

  vs.

                                                                 **NO. CIV-11-994 JB/SMV**

**CAROLYN W. COLVIN, Acting**
**Commissioner of the Social Security**
**Administration,**

      **Defendant.**

## ORDER GRANTING STAY

THIS MATTER having come before the Court upon Defendant's Unopposed Motion for Stay (Doc. 33), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS HEREBY ORDERED that the deadline to file objections to the Magistrate Judge's Proposed Findings and Recommended Disposition is stayed until the government shutdown has ended plus an additional ten working days thereafter.

 

STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 10/16/13*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Electronically approved 10/15/13*
HELEN LAURA LOPEZ
Attorney for Plaintiff